186 So. 925

## STATE v. S. B. POWE.
### I Div. 324.

Court of Appeals of Alabama.
Feb. 21, 1939.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb and Silas C. Garrett, III, Asst. Attys. Gen., for the State.

Harry T. Smith & Caffey, of Mobile, for appellee.

RICE, Judge.

This appeal is dismissed upon authority of what was held by this court in State v. Powe, ante, p. 402, 185 So. 781.

Appeal dismissed.

187 So. 899

## STATE v. Ernest SEAMAN.
### I Div. 332.

Court of Appeals of Alabama.
March 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

Geo. A. Sossaman, of Mobile, for appellee.

BRICKEN, Presiding Judge.

This is a companion case to the case of State v. Powe, ante, p. 402, 185 So. 781.

The cases are identical, and all of the points have been decided and treated in the Powe case, supra.

On authority of that case, the State is not entitled to an appeal. Therefore, the appeal is dismissed.

Dismissed.

186 So. 925

## STATE v. Ollie SEAMAN.
### I Div. 330.

Court of Appeals of Alabama.
Feb. 21, 1939.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb and Silas C. Garrett, III., Asst. Attys. Gen., for the State.

George A. Sossaman, of Mobile, for appellee.

RICE, Judge.

This appeal is dismissed upon authority of what was held by this Court in State v. Powe, ante, p. 402, 185 So. 781.

Appeal dismissed.

176 So. 926

## Herbert STEENSON v. STATE.
### 8 Div. 583.

Court of Appeals of Alabama.
Oct. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.